**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                          CASE NO. 10-40851-KKS
                                                CHAPTER 13

DAVID MITCHELL
JULIE A. MITCHELL

             Debtors.
_____/

**CHAPTER 13 TRUSTEE'S**
**WITHDRAWAL OF MOTION TO DISMISS**

    **COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby withdraws her

Motion to Dismiss as being moot.

    **RESPECTFULLY SUBMITTED.**

                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DAVID MITCHELL                      JULIE A. MITCHELL
8035 OAK TREE DRIVE NORTH           8035 OAK TREE DRIVE NORTH
LORAIN, OH 44053                    LORAIN,  OH 44053

AND

ROBERT C. BRUNER
261 PINEWOOD DRIVE
TALLAHASSEE, FL 32303

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                                    /s/Leigh D. Hart or
                                    /s/William J. Miller, Jr.
                                       OFFICE OF CHAPTER 13 TRUSTEE
6/4/2015